## CREDIT ACCEPTANCE CORPORATION, Appellant,

v.

## Kenneth and Connie COLLINS, Respondents.

### No. WD 53051.

Missouri Court of Appeals, Western District.

Nov. 10, 1997.

Kevin Kelly, P.C., Kansas City, for appellant.

Kenneth and Connie Collins, respondents, pro se.

Before SPINDEN, P.J., and LAURA DENVIR STITH and EDWIN H. SMITH, JJ.

### *ORDER*

Appellant Credit Acceptance Corporation appeals from a judgment for Defendants Kenneth and Connie Collins on Credit's claim against them for failure to pay the amount due, plus interest and attorney's fees, on a retail installment contract for the sale of a used motor vehicle. Finding no merit to any of the contentions raised on appeal, we affirm. Because a published opinion would have no precedential value, we affirm by this summary order and have furnished the par-

ties with a memorandum setting forth our reasoning.

Judgment affirmed. **Rule 84.16(b).**